UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL MENDEZ ESPINO,<br><br>                                    Petitioner,<br><br>v.<br><br>WARDEN, Otay Mesa Detention Center,<br><br>                                    Respondent. | Case No.:  26-CV-2599 JLS (DDL)<br><br>**ORDER GRANTING PETITION FOR A WRIT OF HABEAS CORPUS**<br><br>(ECF No. 1) |

Presently before the Court is Miguel Mendez Espino's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1).  Also before the Court is Respondent's Return to Petition ("Ret.," ECF No. 4).  Petitioner did not file a traverse. *See generally* Docket.  Petitioner entered the United States in 2005 and alleges that he has been detained by the United States Department of Homeland Security's ("DHS") Immigration and Customs Enforcement ("ICE") division at the Otay Mesa Detention Center since February 26, 2026.  Pet. at 3.  Petitioner claims that he is entitled to release and a bond hearing. *See generally id.*

Petitioner is a member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 25-CV-1873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3288403 (C.D.

26-CV-2599 JLS (DDL)

Cal. Nov. 25, 2025).[1] *See id.* at 9–11.  Respondent acknowledges that this Court, and other Courts in the Southern District, have determined that 8 U.S.C. § 1126(a) applies to Petitions like the present one.  Ret. at 1.  Respondent therefore "does not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." *Id.* at 1–2.

Accordingly, the Court **GRANTS** Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1), and **ORDERS** Respondent to provide Petitioner with an individualized bond hearing under 8 U.S.C. § 1226(a) within <u>fourteen (14) days</u>.  Respondent **SHALL NOT** deny Petitioner's bond on the basis that 8 U.S.C. § 1225(b)(2) requires mandatory detention.  The Parties **SHALL** provide a status update as to the result of the hearing by <u>May 28, 2026</u>.

**IT IS SO ORDERED.**

Dated:  May 8, 2026

Hon. Janis L. Sammartino
United States District Judge

---

[1] On March 6, 2026, the Ninth Circuit granted an administrative stay of the *Bautista* decision "insofar as the district court's judgment extends beyond the Central District of California." *Maldonado Bautista, et al. v. United States Department of Homeland Security, et al.*, No. 26-1044, ECF No. 5 (9th Cir. March 6, 2026).  Therefore, the Court resolves the Petition without reliance on *Maldonado Bautista*.

2